IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

MICHAEL BRYAN SKIBO,                      )
                                          )
                    Plaintiff,            )
                                          )
        vs.                               )        No. CIV-10-1381-C
                                          )
LARRY RHODES and                          )
JIM MULLET,                               )
                                          )
                    Defendants.           )

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United
States Magistrate Judge Robert E. Bacharach on May 19, 2011. The court file reflects that
no party has objected to the Report and Recommendation within the time limits prescribed.
Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 27)
is adopted and the Motion to dismiss is granted as to Plaintiff's damage claims involving
access to the court and denial of visitation without due process, as well as Plaintiff's requests
for injunctive relief. The motion to dismiss is overruled on all other claims. This matter is
recommitted to Judge Bacharach for proceedings consistent with the original Order of
Referral.

IT IS SO ORDERED this 29th day of June, 2011.

ROBIN J. CAUTHRON
United States District Judge