IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| MICHAEL BRYAN SKIBO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-10-1381-C |
| | ) | |
| LARRY RHODES and | ) | |
| JIM MULLET, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Robert E. Bacharach on April 3, 2012. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 46) is adopted and Defendants' Motion for Summary Judgment is granted. A judgment shall enter accordingly.

IT IS SO ORDERED this 3rd day of May, 2012.

ROBIN J. CAUTHRON
United States District Judge